**Fill in this information to identify the case**

Debtor 1  Gerald A. Mothersole AKA Gerald Alan Mothersole, AKA Gerald Mothersole

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN District of OHIO
                                                                                     **(State)**

Case number  14-32307

## Official Form 410S1
## Notice of Mortgage Payment Change                                       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor** | Federal National Mortgage Association ("Fannie Mae"), by and through its mortgage servicing agent Seterus, Inc., fka IBM Lender Business Process Services, Inc., | **Court claim no.** (if known) | 3-1 |
| | | **Date of payment change** Must be at least 21 days after date of this notice | 1/1/2018 |
| **Last four digits** of any number you use to identify the debtor's account: | 2319 | **New total payment:** Principal, interest, and escrow, if any | $1,575.37 |

| Part 1: | **Escrow Account Payment Adjustment** |
|---|---|

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment:   $755.36        New escrow payment:   $791.75

| Part 2: | **Mortgage Payment Adjustment** |
|---|---|

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate:  _____ %          New interest rate:  _____ %

   Current principal and interest payment: $_____    New principal and interest payment: $_____

| Part 3: | **Other Payment Change** |
|---|---|

14-025829_TC

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment: $_____    New mortgage payment: $_____

14-025829_TC

Debtor 1 _____Gerald A. Mothersole AKA Gerald Alan Mothersole, AKA Gerald Mothersole_____　　Case number (if known) 14-32307
　　　　　First Name　　　　　　　Middle Name　　　　　Last Name

## Part 4:　Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** _____/s/ Adam B. Hall_____　　　　Date __November 14, 2017_____
　　Signature

Print:　　　　Adam B. Hall (0088234)　　　　　　　Title　__Attorneys for Creditor__

Company　　Manley Deas Kochalski LLC

Address　　　P.O. Box 165028
　　　　　　　Number　　　　Street

　　　　　　　Columbus, OH  43216-5028
　　　　　　　City　　　　State　　　ZIP Code

Contact phone　614-220-5611　　　　　　　　Email __abh@manleydeas.com__

14-025829_TC

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Payment Change was served

**electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 170 North High Street, #200, Columbus, OH  43215

Jeffrey M. Kellner, 131 North Ludlow Street, Suite 900, Dayton, OH  45402, ecfclerk@dayton13.com

Eric A. Stamps, Attorney for Gerald A. Mothersole AKA Gerald Alan Mothersole, AKA Gerald Mothersole, Stamps & Stamps, 3814 Little York Road, Dayton, OH  45414, stampslaweric@hotmail.com

and by ordinary U.S. mail on November  14 , 2017 addressed to:

Gerald A. Mothersole AKA Gerald Alan Mothersole, AKA Gerald Mothersole, 1013 Rio Lane, Kettering, OH  45429

        /s/ Adam B. Hall
        Adam B. Hall

14-025829_TC

# seterus

Representation Of Printed Document

PO Box 1077
Hartford, CT 06143-1077

Business Hours (Pacific Time)
Monday - Thursday 5 a m to 8 p m
Friday 5 a m to 6 p m
Phone 866 570 5277

**RedactedRedacted**

JERRY MOTHERSOLE
c/o STAMPS & STAMPS
3814 LITTLE YORK RD
DAYTON OH  45414-2410

Redacted

| ESCROW ACCOUNT STATEMENT | |
|---|---|
| Analysis Date: | 11/01/17 |
| Loan Number: | Redacted |
| **Current Payment** | **New Payment Effective 01/01/18** |
| Principal and Interest    $783 62 | Principal and Interest*    $783 62 |
| Escrow    $755 36 | Escrow    $687 31 |
|  | Escrow Shortage or Deficiency    $104 44 |
| Total Current Payment    $1,538 98 | Total NEW Payment*    $1,575 37 |
| * The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan  In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments  You will receive a separate notice for interest rate adjustments | |

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc  is the servicer of the above referenced loan  In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance  Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months  This payment will increase if you have a post-petition shortage and/or deficiency  This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months

Our records indicate a petition for Bankruptcy was filed on June 26, 2014  Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court  Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment

| ANTICIPATED DISBURSEMENTS January  2018 to December  2018 | |
|---|---|
| MORTGAGE INS | $2,478 72 |
| COUNTY | $4,095 03 |
| HAZARD INS | $1,674 00 |
| **Total Disbursements** | **$8,247.75** |

| Bankruptcy File Date | June 26, 2014 |
|---|---|
| Pre-Petition Escrow Shortage/Deficiency as of Analysis Date | $510 90 |

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law  This cushion covers any potential increases in your tax and/or insurance disbursements  Cushion selected by servicer: $1,374 62

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $1,642 75- |
| Post Petition Beg Bal* | | | | $1,131 85- |
| 01/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 651 10- |
| 02/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 170 35- |
| 03/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 310 40 |
| 04/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 791 15 |
| 05/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 1,271 90 |
| 06/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 1,752 65 |
| 06/01/2018 | 0 00 | 2,046 84- | COUNTY | 294 19- |
| 07/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 186 56 |
| 08/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 667 31 |
| 09/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 1,148 06 |
| 10/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 1,628 81 |
| 10/01/2018 | 0 00 | 1,674 00- | HAZARD INS | 45 19- |
| 11/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 435 56 |
| 12/01/2018 | 687 31 | 206 56- | MORTGAGE INS | 916 31 |
| 12/01/2018 | 0 00 | 2,048 19- | COUNTY | 1,131 88- |
| **Total** | **$8,247.72** | **$8,247.75-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $1,374 62, or 1/6 of the total anticipated payments from your escrow account  Your lowest escrow balance was $1,131 88-

The escrow account has a pre-petition and post-petition shortage and/or deficiency  A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds have been paid from the escrow account exceed the funds paid to the escrow account  An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months  The pre-petition shortage and/or deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment  The projected beginning balance of your escrow account is $1,131 85-  Your required beginning balance according to this analysis should be $1374 65  This means you have a post-petition shortage and/or deficiency of $2,506 50  For your convenience, we have spread this post-petition shortage and/or deficiency over the next 24 installments and included this amount in your escrow payment

***Continued on Reverse***
INTERNET REPRINT

ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from February 2017 to December 2017. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $1,798.48 | $2,506.45- |
| Date | | | | | | | |
| 02/01/17 | 668.35 | 0.00* | 206.56- | 206.56- | MORTGAGE INS | 2,260.27 | 2,713.01- |
| 02/01/17 | 0.00 | 0.00 | 0.00 | 2,048.19-* | COUNTY | 2,260.27 | 4,761.20- |
| 03/01/17 | 668.35 | 0.00* | 206.56- | 206.56- | MORTGAGE INS | 2,722.06 | 4,967.76- |
| 04/01/17 | 668.35 | 1,218.78* | 206.56- | 206.56- | MORTGAGE INS | 3,183.85 | 3,955.54- |
| 05/01/17 | 668.35 | 0.00* | 206.56- | 206.56- | MORTGAGE INS | 3,645.64 | 4,162.10- |
| 06/01/17 | 668.35 | 609.39* | 206.56- | 206.56- | MORTGAGE INS | 4,107.43 | 3,759.27- |
| 06/01/17 | 0.00 | 0.00 | 1,981.03- | 2,046.84-* | COUNTY | 2,126.40 | 5,806.11- |
| 07/01/17 | 668.35 | 1,364.75* | 206.56- | 206.56- | MORTGAGE INS | 2,588.19 | 4,647.92- |
| 08/01/17 | 668.35 | 755.36* | 206.56- | 206.56- | MORTGAGE INS | 3,049.98 | 4,099.12- |
| 09/01/17 | 668.35 | 755.36* | 206.56- | 206.56- | MORTGAGE INS | 3,511.77 | 3,550.32- |
| 10/01/17 | 668.35 | 755.36* | 206.56- | 206.56- | MORTGAGE INS | 3,973.56 | 3,001.52- |
| 10/01/17 | 0.00 | 0.00 | 1,578.00- | 1,674.00-* | HAZARD INS | 2,395.56 | 4,675.52- |
| 11/01/17 | 668.35 | 4,532.16* | 206.56- | 0.00* | MORTGAGE INS | 2,857.35 | 143.36- |
| 12/01/17 | 668.35 | 0.00* | 206.56- | 0.00 | MORTGAGE INS | 3,319.14 | 143.36- |
| 12/01/17 | 0.00 | 0.00 | 1,982.44- | 0.00* | COUNTY | 1,336.70 | 143.36- |
| **Total** | **$7,351.85** | **$9,991.16** | **$7,813.63-** | **$7,628.07-** | | | |

* indicates a difference from a previous estimate either in the date or the amount
** indicates escrow payment made during a period where the loan was paid ahead

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005

INTERNET REPRINT